*Handwritten at top right:*

ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SAMUEL BIGSBY ) | Case No. 10-4041<br>Judge Bryant |

## MOTION TO UNSEAL THE COMPLAINT, AFFIDAVIT, AND ARREST WARRANT

The United States moves to have the complaint, affidavit and arrest warrant unsealed in the above-captioned case on the grounds that the defendant has now been arrested.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant U.S. Attorney
110th Avenue South, A961
Nashville, Tennessee 37203
Phone: 615-736-5151